UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RUBEN RIVERA                                                                          PLAINTIFF
#45919

V.                          No. 3:20CV00274-DPM-JTR

KEITH BOWERS, Administrator,
Craighead County Detention Center                                          DEFENDANT

## ORDER

On October 7, 2020, the Court granted the Motion to Amend filed by Plaintiff Ruben Rivera ("Rivera"). *Docs. 6 & 7.* Accordingly, the Clerk is directed to docket a copy of *Doc. 6* as Rivera's Amended Complaint.

IT IS SO ORDERED this 29th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE