IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RUBEN RIVERA
#45919                                                                                    PLAINTIFF

v.                                    No: 3:20-cv-274-DPM

KEITH BOWERS, Admin.,
Craighead County Detention Center                                 DEFENDANT

ORDER

Unopposed recommendation, Doc. 10, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Rivera's complaint and amended complaint, Doc. 2 & 9, will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
22 January 2021