IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RUBEN RIVERA
#45919                                                                                    PLAINTIFF

v.                              No: 3:20-cv-274-DPM

KEITH BOWERS, Admin.,
Craighead County Detention Center                          DEFENDANT

## JUDGMENT

Rivera's complaint and amended complaint are dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

22 January 2021